[No. 10816–0–II.  Division Two.  January 4, 1989.]

SYLVIA MCMULLEN LOVIN, *Appellant,* v. ROBERT J. RUTLEDGE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–04989–1, E. Albert Morrison, J., entered February 20, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 10876–3–II.  Division Two.  January 4, 1989.]

MIKE GLASER, *Respondent,* v. BRADLEY KRONSCHNABEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–00376–0, James P. Healy, J., entered February 13, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 10906–9–II.  Division Two.  January 4, 1989.]

*In the Matter of the Estate of* JOHN N. DREW.

Appeal from a judgment of the Superior Court for Thurston County, No. 83–4–00324–0, Paula Casey, J., entered March 12, 1987. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.